UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> MARIA REYNALDA LARIOS TRUJILLO, <br> a/k/a "Reina" | M.J. No. 05-1659-CBS |

### MOTION TO SEAL

The United States of America respectfully moves this Court to to seal the criminal complaint in the captioned matter. In support of this motion, the government states that this matter concerns an ongoing investigation.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Date: April 8, 2005

4-8-05
allowed
[signature]