# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MARIA REYNALDA LARIOS TRUJILLO,
    a/k/a "REINA"

**CRIMINAL COMPLAINT**

M.J. No.: 05-1659-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 2, 2005** in **Fitchburg** and elsewhere in the District of **Massachusetts**, defendant did, (Track Statutory Language of Offense)

> **Possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance (and did aid and abet same)**

in violation of Title **21** United States Code, Sections **841(a)(1), 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2**.

I further state that I am a **Task Force Officer - DEA**
                                    Official Title

and that this complaint is based on the following facts:

> **Please see attached Affidavit of Task Force Officer Jamie P. Vitale.**

Continued on the attached sheet and made a part hereof: [x] Yes  [ ] No

_____
Signature of Complainant
Jamie P. Vitale
Task Force Officer - DEA

Sworn to before me and subscribed in my presence,

April 8, 2005                              Worcester, Massachusetts
Date                                       City and State

CHARLES B. SWARTWOOD, III
Chief United States Magistrate Judge       _____
Name and Title of Judicial Officer         Signature of Judicial Officer