# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
#### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

SOFRON B. NEDILSKY
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

April 11, 2005

Tony Anastas, Clerk
US District Court
District of Massachusetts
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

> RE: **U.S. vs. Maria Renalda Larios Trujillo**
> **Our Case Number: 05-56M(AEG)**
> <u>**Your Case Number: 05-1659-CBS**</u>

Dear Mr. Anastas:

Enclosed is the record of proceedings before Magistrate Judge Aaron E. Goodstein, and various documents in the above-captioned case.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,
SOFRON B. NEDILSKY
CLERK

By Karen Fahrenkrug
Karen Fahrenkrug
Deputy Clerk

Enclosures
cc: AUSA Lisa Wesley
    Pretrial Services
    U.S. Marshal
    Atty. Brian Mullins

CLOSED

# U.S. District Court
## Eastern District of Wisconsin (Milwaukee)
## CRIMINAL DOCKET FOR CASE #: 2:05-mj-00056-AEG-ALL
### Internal Use Only

Case title: USA v. Trujillo

Date Filed: 04/08/2005

Assigned to: Magistrate Judge Aaron E Goodstein

### Defendant

**Maria Reynalda Trujillo** (1)
*TERMINATED: 04/08/2005*

represented by **Brian P Mullins**
Federal Defender Services of Wisconsin
517 E Wisconsin Ave - Rm 182
Milwaukee, WI 53202
414-221-9900
Fax: 414-221-9901
Email: Brian_Mullins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Plaintiff

**USA**

represented by **Lisa A Wesley**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202

414-297-1746
Fax: 414-297-1738
Email: lisa.wesley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2005 | 🔲1 | Documents Received from the District of Massachusetts for Maria Reynalda Trujillo, consisting of copies of the arrest warrant and criminal complaint. (kmf, ) (Entered: 04/11/2005) |
| 04/08/2005 | 🔲2 | Minute Entry (AEG) Initial Appearance as to Maria Reynalda Trujillo held on 4/8/2005. Interpreter (Christina Green) sworn. Crt. advises deft. of rights. Govt. advised deft. of charges, penalties and fines. Charges are from the District of Massachusetts. Deft. states she is person named in the complaint. Crt. makes finding of probable cause. Govt. seeking detention. ICE will be placing a hold on deft. Crt. statements before ruling. Crt. w/order deft. detained and the USMS to transport deft. back to Massachusetts. Crt. signs order of commitment. (Tape #3:40:01-3:57:16) (kmf, ) (Entered: 04/11/2005) |
| 04/08/2005 | 🔲3 | COMMITMENT TO ANOTHER DISTRICT as to Maria Reynalda Trujillo. Defendant committed to District of District of Massachusetts. Signed by Judge Aaron E Goodstein on 4/8/05. (cc: all counsel, PTS, USMS) (kmf, ) (Entered: 04/11/2005) |
| 04/08/2005 | | ***Case Terminated as to Maria Reynalda Trujillo, ***Terminated defendant Maria Reynalda Trujillo, pending deadlines, and motions. (kmf, ) (Entered: 04/11/2005) |

# UNITED STATES DISTRICT COURT

## Eastern District Of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
| v | CASE NUMBER: 05-56 M (HEQ) |
| **MARIA REYNALDA LARIOS TRUJILLO** | |

---

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (Specify)

charging a violation of   21    U.S.C. § **841(a)(1), 841(b)(1)(B)(ii)**

**DISTRICT OF OFFENSE**

**District of Massachusetts**

**DESCRIPTION OF CHARGES:**

**Possession with intent to distribute cocaine**

*I hereby certify that this is true and correct copy of the original now remaining of record in my office*
*District Court*
*Eastern Div. of Wis.*
*SOFRON B. NEDILSKY, Clerk*
*DATED: 4/11/05    By ___ Deputy*

**CURRENT BOND STATUS:**

☐ Bail Fixed at [Bail Amount]  and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☒ Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (Specify)

---

Representation:    ☐ Retained Own Counsel    ☒ Federal Defender Organization    ☐ CJA Attorney    ☐ None

---

**Interpreter Required?**    ☐ No        ☒ Yes        Language: **Spanish**

### EASTERN DISTRICT OF WISCONSIN

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| | |
|---|---|
| 4-8-05 | _Aaron E. Goodstein, U.S. Magistrate Judge_ |
| Date | |

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Aaron E. Goodstein**, presiding.

DATE: **April 8, 2005**

CASE NO. 05-_56_m(Hcc)

UNITED STATES v. **Maria Reynalda Larios Trujillo**

PROCEEDING: **Initial Appearance (Rule 5 from District of Massachusetts)**

Deputy Clerk: Karen

Court Reporter:

Time Called: 3.40.01

Time Concluded: 3.57.16

UNITED STATES by: **Lisa Wesley**

    Probation Officer: _Lisa Cyrak_

    Interpreter: _Christina Green_

DEFENDANT: **Maria Reynalda Larios Trujillo**, in person, and by

ATTORNEY: _Brian Mullins (USFD)_

Interpreter sworn. Crt. advises deft. of rights. Govt. advised deft. of charges, penalties + fines. Charges are from Massachusetts.

Crt. ques. deft. re: identity. Deft. states she is person named in complaint. Crt. w/ make finding of identity.

Govt. seeking detention. Deft. has not been truthful w/PTS. Deft. is deportable! - ICE will be placing a hold on deft.

Deft. has ties to both districts. Deft. has 6 children here. Mother + 2 daughters in Massachusetts.

Crt. statements before ruling. Deft. is facing deportation. Nature of charge! - in another district. No real ties to this district. A substantial bond

5-40 yrs.  $2,000,000  4 yrs. #102

05-56m(AEC)
4/8/05

would be needed. Deportation may be a Pg 2
reason to flee. Presumption case. Ct.
w/order deft. detained and the USMS trans-
port deft. back to Massachusetts.