# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | **05-1659** |
| | ) | |
| **LARIOS-TRUJILLO** | ) | |

## MOTION FOR FUNDS FOR
## A COMPUTER EXPERT

Now comes the defendant in the above-captioned case and requests

that this court allow her Five Hundred ($500.00) Dollars so that she may

retain the services of a computer expert.  The defendant says that she is

indigent and cannot afford the services of a computer expert.

A computer expert is necessary for the defense.  See the attached

affidavit of counsel.

For the defendant,

/S/EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO # 226430

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | **05-1659** |
| | ) | |
| **LARIOS-TRUJILLO** | ) | |
| . | | |


## AFFIDAVIT OF COUNSEL IN SUPPORT OF
## MOTION FOR FUNDS FOR
## A COMPUTER EXPERT

1.    My name is Edward L. Hayden.  I am attorney with an office at 7 Franklin Street, Lynn MA.

2.    I was appointed to represent the defendant in the above case.

3.    The prosecution has provided me with five CDs which contain hundreds of  phone calls that were captured during the course of this investigation.  I need a computer expert to open these CD's and determine whether the defendant is mentioned in any of these calls.

4.    On August 3, 2005, I spoke to Robert Boeri, whom I have retained on computer issues in the past.

5.    Mr. Boeri informs me that his fee for this work would be less than $500.00

      Signed under the pains and penalties of perjury this _____ day of August, 2005.


                                        _____

.