# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **V.** | )   05-1659 |
| | ) |
| **LARIOS-TRUJILLO** | ) |

## MOTION FOR FUNDS FOR INTERPRETER

The defendant in the above-entitled matter moves this Court, to authorize expenses not to exceed Five Hundred ($500.00) Dollars in order that she may retain an interpreter.

The defendant's reasons therefore are contained in the affidavit attached hereto.

For the defendant,

/S/EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO # 226430

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | 05-1659 |
| | ) | |
| **LARIOS-TRUJILLO** | ) | |

.

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR FUNDS FOR INTERPRETER

1. My name is Edward L. Hayden. I am attorney with an office at 7 Franklin Street, Lynn MA.

2. I am an attorney assigned to represent defendant in the above case at the United States District Court.

3. The services of an interpreter are essential to the preparation of her defense in the above-referenced case.

4. Ms. Trujillo is unable to afford the expense of retaining an interpreter.

5. Ms. Trujillo speaks Spanish. An interpreter is needed to assist defense counsel in interpreting phone calls relative to the defendant that are in Spanish. Also, the services of an interpreter are needed to assist counsel in interviewing with the defendant.

6. I am therefore requesting the court to authorize expenses not to exceed Five Hundred ($500.00) Dollars so that the defendant may retain an interpreter.

Signed under the pains and penalties of perjury this 14th day of November, 2005.

/s/EDWARD L. HAYDEN

Case 4:05-mj-01659-CBS     Document 6     Filed 11/14/2005     Page 3 of 3