UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | 05-1659 |
| | ) | |
| **LARIOS-TRUJILLO** | ) | |

### MOTION TO CONTINUE

Now comes counsel in the above captioned case and requests a continuance of the Sentencing Hearing currently scheduled for August 28th.

As reason therefore, counsel says that he has a family vacation scheduled for the week of August 27, 2007 through September 7, 2007. Counsel requests a continuance of the Sentencing Date for anytime after September 10, 2007.

For the defendant,

/S/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430